UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07-59M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| KOUROSH PARTOW, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:    Conspiracy; Bank Fraud; Wire Fraud; False Statements to a Financial Institution; Engaging in Monetary Transactions in Criminally Derived Property

Date of Detention Hearing:    Initial Appearance, February 5, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant has been indicted in two cases arising out of the District of Alaska, Case

01   number 06-CR-0070, which involves charges of conspiracy, bank fraud, wire fraud, false

02   statements to financial institution and engaging in monetary transactions in criminally derived

03   property, and 06-CR-0104, which involves charges of wire fraud.

04   2. The defendant was not interviewed by Pretrial Services. There is little information

05   available regarding the defendant's personal history, residence, family ties, ties to this District,

06   income, financial assets or liabilities, physical/mental health or controlled substance use if any.

07   3. The defendant does not contest detention. He wishes to have counsel in the

08   District of Alaska extended the opportunity to address the issue of detention at his first appearance

09   in that District.

10   4. Defendant poses a risk of nonappearance because of unknown background

11   information. He poses a risk of danger due to the instant offense.

12   5. There does not appear to be any condition or combination of conditions that will

13   reasonably assure the defendant's appearance at future Court hearings while addressing the danger

14   to other persons or the community.

15   It is therefore ORDERED:

16   (1) Defendant shall be detained pending trial and committed to the custody of the

17   Attorney General for confinement in a correction facility separate, to the extent

18   practicable, from persons awaiting or serving sentences or being held in custody

19   pending appeal;

20   (2) Defendant shall be afforded reasonable opportunity for private consultation with

21   counsel;

22   (3) On order of a court of the United States or on request of an attorney for the

Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 5th day of February, 2007.

_____
Mary Alice Theiler
United States Magistrate Judge